```
                                          FILED
                                  CLERK, U.S. DISTRICT COURT

                                         JUL 23 2009

                                  CENTRAL DISTRICT OF CALIFORNIA
                                  BY              DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 95-1114 CBM |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |
| v. | |
| Frederick Garcia Anaya, III | |
| Defendant. | |

On arrest warrant issued by the United States District Court for the ___CD CA___ involving alleged violations of conditions of probation/supervised release:

1.  The court finds that no condition or combination of conditions will reasonably assure:

    A.  (✓) the appearance of defendant as required; and/or

    B.  (✓) the safety of any person or the community.

///
///
///
///
///
///

2. The Court concludes:

A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: his extremely physically violent criminal history

B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: prior criminal history; apparent inability to comply with terms of court-ordered supervision;

IT IS ORDERED that defendant be detained.

DATED: 7/23/09

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge